| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | LUELLA M. CALDITO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 215953 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7035 / Fax: (619) 235-2757 |
| | Email: Luella.Caldito@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

|   |                                             |   |                                    |
|---|---------------------------------------------|---|------------------------------------|
| 8 | UNITED STATES DISTRICT COURT                |   |                                    |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA             |   |                                    |
| 10| UNITED STATES OF AMERICA,                   | )| Criminal Case No. 08CR1447-BEN     |
|   |                                             | )|                                    |
| 11|                              Plaintiff,     | )|                                    |
|   |                                             | )| NOTICE OF APPEARANCE               |
| 12|             v.                              | )|                                    |
|   |                                             | )|                                    |
| 13| SALVADOR MANUEL GALLARDO-                   | )|                                    |
|   |       VALLECILLO,                           | )|                                    |
| 14|                                             | )|                                    |
|   |                              Defendant.     | )|                                    |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None.

//

//

| | |
|---|---|
| 1 | // |
| 2 | |
| 3 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 4 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 5 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 6 | association): |
| 7 | <u>Name</u> (If none, enter "None" below) |
| 8 | None. |
| 9 | Please call me if you have any questions about this notice. |
| 10 | DATED: May 19, 2008. |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1447-BEN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SALVADOR MANUEL GALLARDO-VALLECILLO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert R. Henssler Jr., Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2008.

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant U.S. Attorney