1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant U.S. Attorney
3  California State Bar No. 215953
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7035
   Luella.Caldito@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,        )    CRIM. CASE NO.    08CR1447-BEN
12                                   )
                                     )    DATE:        June 23, 2008
13              Plaintiff,           )    TIME:        2:00 p.m.
                                     )
14                                   )    GOVERNMENT'S NOTICE OF MOTIONS AND
        v.                           )    MOTIONS FOR RECIPROCAL DISCOVERY AND
15                                   )    TO COMPEL FINGERPRINT EXEMPLARS
                                     )
16  SALVADOR MANUEL                  )
        GALLARDO-VALLECILLO,         )
17                                   )
                                     )
18              Defendant.           )
                                     )
19  _____

20
                          NOTICE OF MOTION
21
22       TO:    Robert Henssler, counsel for defendant, Salvador Manuel Gallardo-Vallecillo,

23       PLEASE TAKE NOTICE  that on Monday, June 23, 2008, at 2:00 p.m., or as soon thereafter

24  as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

25  Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will

26  move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion

27  to Compel Fingerprint Exemplars.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>MOTION</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and hereby moves the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:        June 8, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

2                                    08CR1447-BEN