```
 1  ROBERT R. HENSSLER, JR.
    California Bar No. 216165
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    Telephone: (619) 234-8467
 4
 5  Attorneys for Mr. Gallardo-Vallecillo
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10                     (HONORABLE ROGER T. BENITEZ)
11  UNITED STATES OF AMERICA,        )   Case No. 08CR1447-BEN
                                     )
12              Plaintiff,           )   Date: June 23, 2008
                                     )   Time: 2:00 p.m.
13        v.                         )
                                     )   NOTICE OF MOTIONS AND MOTIONS TO:
14  SALVADOR GALLARDO-VALLECILLO,    )   1) COMPEL DISCOVERY;
                                     )   2) PRESERVE EVIDENCE;
15              Defendant            )   3) GRANT LEAVE TO FILE FURTHER MOTIONS.
                                     )
16
17  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY
          LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY
18
19        PLEASE TAKE NOTICE that on June 23, 2008 at 2:00 p.m. or as soon thereafter as counsel may
20  be heard, Salvador Gallardo-Vallecillo, by and through counsel, Robert R. Henssler Jr., and Federal Defenders
21  of San Diego, Inc., will ask this Court to enter an order granting the following motions.
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

**MOTIONS**

Salvador Gallardo-Vallecillo, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel discovery;

(2) Preserve evidence;

(3) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: June 9, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gallardo-Vallecillo

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**LUELA CALDITO**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Email: Luela.caldito@usdoj.gov

Dated: June 9, 2008          /s/ Robert R. Henssler
                             ROBERT R. HENSSLER, JR.
                             Federal Defenders of San Diego, Inc.
                             225 Broadway, Suite 900
                             San Diego, CA 92101-5030
                             (619) 234-8467  (tel)
                             (619) 687-2666  (fax)
                             e-mail: Robert_Henssler@fd.org