AUG 2 2 2008 (MB)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>      v.<br><br>SALVADOR MANUEL GALLARDO-<br>         VALLECILLO,<br><br>   Defendant. | Criminal Case No. 08-CR-1447-BEN<br><br>Superceding<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

D.EK 8/22/08

Count 1

On or about ~~1990~~ APRIL 8, 2008 dd, within the Southern District of California, defendant SALVADOR MANUEL GALLARDO-VALLECILLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:lg:San Diego
4/22/08

Count 2

On or about April 11, 2008, within the Southern District of California, defendant SALVADOR MANUEL GALLARDO-VALLECILLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 8/22/2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE  Dominic Kardu
Assistant U.S. Attorney

2